IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARTINIQUE WALKER,

     Plaintiff,

                                  Case No.  20-cv-599-bbc

  v.

TOWN OF MADISON, CITY OF MONONA,
JAMES BROWN, and JACOB OSTROWSKI,

     Defendants.

## JUDGMENT IN A CIVIL CASE

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Town of Madison, City of Monona, James Brown, and Jacob Ostrowski against plaintiff Martinique Walker dismissing this case.

    s/ K. Frederickson, Deputy Clerk                November 9, 2021
     Peter Oppeneer, Clerk of Court                     Date